■ CAROL DE MASCO v. COOPER'S EXPRESS, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 14, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before October 28, 1960. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ WILLIAM V. BRADLEY, Individually and as President of the International Longshoremen's Association and as President of the United Marine Division, ILA, Local 333, et al. v. JOSEPH O'HARE, Individually and as President. — Motion for leave to reargue and for clarification and modification of the opinion of this court denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens and Bergan, JJ.

■ IRVING F. KRAUSE v. CHEMICAL BANK NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 14, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before October 28, 1960. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ BERTHA ABERMAN et al. v. LEO POLLACK.— Motion to vacate stay of execution granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 6, 1960, with notice of argument for October 18, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1960

### (September 8, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. DONOVAN and JOHN R. DOHERTY, Appellants.— Motion to enlarge time granted; appellants to perfect the appeal for the December Term; appeal ordered to be placed on the calendar for December 5, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. KENNETH H. LEEDS, Defendant.— Motion for a stay of trial denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

### (September 9, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD MAHONEY, Relator, against WARDEN OF THE CITY PRISON, Respondent.— Writ dismissed and relator remanded to the custody of the Warden. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.